**In Soo CHUN, Plaintiff—Appellant,**

v.

**George W. BUSH, President; et al., Defendants—Appellees.**

No. 03–35721.

D.C. No. CV–03–01235–RSL.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

In Soo Chun, pro se, Seattle, WA, for Plaintiff–Appellant.

Robert T. Seder, Office of the U.S. Attorney, Seattle, WA, for Defendants–Appellees.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM**

In Soo Chun appeals pro se the district court's August 11, 2003, order dismissing without prejudice pursuant to Fed.R.Civ.P. 12(b)(1), (3) and (6) Chun's action against President George W. Bush, First Lady Laura Bush, and the United States Government. We affirm for the reasons set forth in the August 21, 2003, dismissal order and the June 17, 2003, Order to Show Cause in which the district court identified the deficiencies in Chun's original complaint.

**AFFIRMED.**[1]

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Chun's motion for an expedited trial on the merits is DENIED.

